■ WINIFRED KENNEY, Respondent, v. PETER F. KENNEY, JR., Appellant.— Motion by appellant husband for a stay pending appeal granted, on condition: (1) that, beginning December 12, 1960, he pay to the respondent wife, $70 per week on account of temporary alimony; and (2) that he perfect the appeal for the January Term, commencing January 3, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 20, 1960. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ RONALD J. PERSHAN, Appellant, v. MARLENE PERSHAN, Respondent.— Motion by appellant husband for a stay pending appeal granted, on condition: (1) that he pay $235, on account, for the cost of the stenographic record on the appeal by respondent, his former wife; (2) that he pay $200, on account, for her counsel fee on such appeal; and (3) that he perfect the appeal and be ready to argue or submit it at the February Term, commencing January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 16, 1961. Motion by appellant husband to dispense with printing denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

## (December 14, 1960)

■ JAMES ABIDIN, Doing Business as JAMES ABIDIN WINDOW CLEANING SERVICE, Respondent, v. PSATY & FUHRMAN, INC., Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 13, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ JOHN BEISNER, Doing Business under the Name of WELCOME INN, Respondent, v. JOHN F. KELLY, Individually and as Secretary-Treasurer of Hotel and Restaurant Employees and Bartenders Union, Local 70, et al., Appellants, et al., Defendants.— Motion by respondent to dismiss appeal denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ FLORENCE N. EDWARDS, Respondent, v. SALLY J. HUNTTING, Appellant, et al., Defendant.— Motion by respondent for the following alternative relief with respect to the decision and order of this court, made July 5, 1960, reversing an interlocutory judgment and granting a new trial: (a) to vacate said decision and order on the ground that this court lost jurisdiction by reason of the death on June 24, 1960 of the defendant appellant Sally Jennings Huntting; or (b) to grant reargument; or (c) to grant leave to appeal to the Court of Appeals. Motion referred to the court which rendered the decision. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur. Motion to vacate the order and decision of this court made July 5, 1960; for reargument; and for leave to appeal to the Court of Appeals. This appeal was submitted to the court on May 26, 1960. It appears that the defendant-appellant died on June 24, 1960, 29 days *after* such submission and 11 days before the decision was handed down. Motion denied *in toto*. Nolan, P. J., Ughetta, Pette and Brennan, JJ., concur.